# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Marlon Alexander Sanchez | ) | Case No. 3:26-mj-70025 MAG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
Jan 14 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 7, 2025  in the county of  San Francisco  in the  Northern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a)(4) – Assault Within Maritime and Territorial Jurisdiction of the United States (Class A Misdemeanor) | Assault by striking, beating, or wounding. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Approved as to form  /s/ Jean Fondakowski
AUSA Jean Fondakowski

/s/ Rebeca Rodriguez
*Complainant's signature*

USPP Investigator Rebeca Rodriguez
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  January 13, 2026

*Judge's signature*

City and state:  San Francisco, California

HON. SALLIE KIM
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION
FOR CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Rebeca Rodriguez, Officer with the United States Park Police, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.  This affidavit is submitted in support of a criminal complaint and arrest warrant. Based on the following facts, I submit that there is probable cause to believe that on April 7, 2025, Marlon Alexander Sanchez ("SANCHEZ") committed the offense of assault within the special territorial and maritime jurisdiction of the United States by striking, beating, or wounding, in violation of 18 U.S.C. § 113(a)(4). I therefore respectfully request that the Court issue the criminal complaint and related arrest warrant for SANCHEZ under Federal Rule of Criminal Procedure 4(a).

**AFFIANT BACKGROUND**

2.  I am a duly appointed federal police officer with the United States Park Police ("USPP") since 2018. I am currently assigned to the USPP Criminal Investigations Unit, San Francisco Field Office, as a Criminal Investigator. My responsibilities include the investigation of all crimes as assigned, which include homicides, robberies, assaults, and burglaries.

3.  I am an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am empowered to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law.

4.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this Affidavit is

submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

## APPLICABLE LAW

5. Under Section 113(a)(4) of Title 18 of the United States Code, it is unlawful to assault a person by striking, beating, or wounding, within the special maritime and territorial jurisdiction of the United States. The elements of the crime, according to Ninth Circuit Model Criminal Jury Instruction 8.6, updated in September 2025, are:

> First, the defendant assaulted a victim by intentionally striking or wounding the victim; and
>
> Second, the assault took place within the special maritime and territorial jurisdiction of the United States.

6. The crime is a Class A misdemeanor, punishable by imprisonment up to one year, a maximum fine of $100,000, up to five years of probation, and a $25 special assessment.

## FACTS SUPPORTING PROBABLE CAUSE

**A.    The Unprovoked Assault on a Bus Driver**

7. On Monday, April 7, 2025, at approximately 5:00 p.m., USPP District Eight officers were dispatched to Mason Street and Marina Boulevard, in the Presidio of San Francisco, California, for a report of an assault on a San Francisco Metro Transit Authority ("SFMTA") bus operator.

8. The Presidio of San Francisco is federal property under exclusive jurisdiction of the United States.

9. Upon arrival, officers spoke with the victim "V1." V1 had a laceration to the bridge of his nose and was actively bleeding. V1 stated he was driving a San Francisco municipal bus westbound on Marina Boulevard when the suspect, a passenger on the bus, walked to the front of the bus, crossed the yellow safety line, and then jumped around the plexiglass and struck him on the right side of the face with a closed fist.

10. The suspect exited through the emergency window and fled on foot. He was described as a Hispanic male adult in his mid-20's wearing a green jacket and green shorts. V1 was transported to Kaiser Permanente Medical Center for treatment of his injuries.

11. Two witnesses who were passengers on board the bus were interviewed and confirmed the attack was unprovoked.

**B.    The Investigation Confirms the Assault**

12. On April 9, 2025, I received video from the interior of the bus (#2768) V1 was driving during the assault. The video shows a Hispanic male with a heavy Spanish accent shouting at V1 to stop the bus and, while the bus is approaching the designated stop and still in motion, he walks to the front of the bus, jumps, aims his closed fist over the plexiglass shielding V1, and strikes V1 once on the right side of the face.







*Still photos of assault from bus video.*

13. V1 appears momentarily stunned and pulls the bus over. V1 keeps the doors of the bus closed and calls for assistance via a button on a monitor near his rear-view mirror. From

4

the camera positioned over V1's shoulder, blood can be seen running down his nose. The suspect then exits through the rear emergency exit window and can be seen on an exterior bus camera walking southeast towards the Palace of Fine Arts.

**C.    The Investigation Identifies the SANCHEZ as the Assailant**

14.    On April 9, 2025, and May 20, 2025, I sent a bulletin to partner law enforcement agencies with still photos from the bus video requesting assistance identifying the suspect.



*Still photo of suspect from bus video immediately before the assault.*

5

15. On May 21, 2025, I received an email from Officer Vincent DeLorenzi of Daly City Police Department with two booking photos for potential suspect Marlin Sanchez. The booking photos bore a strong resemblance to the suspect from the bus video.

16. A common law enforcement database check of Marlin Sanchez revealed the name was an alias used by Marlon Alexander SANCHEZ. SANCHEZ returned with three failure to appear warrants for various misdemeanor charges and two domestic violence restraining orders. SANCHEZ has a San Francisco criminal history including charges of exhibiting a deadly weapon and resisting arrest.

17. SANCHEZ's criminal history showed he is a citizen of Columbia and is likely in the United States illegally. It also included several violent charges including battery, resisting, weapon possession, and threats with intent to terrorize. Additional queries of SANCHEZ revealed he was contacted by the San Francisco Police Department ("SFPD") for assaulting a San Francisco Parks Department employee on April 2, 2025. USPP investigators requested SFPD body-worn camera footage from that incident (#250-183-894) and a February 25, 2025 incident (#250-111-237) in which SANCHEZ was also accused of battery.

18. On May 27, 2025, I received a copy of the SFPD body-worn camera videos. After comparing the SFPD video and the bus video of the April 7, 2025 attack on V1, I concluded SANCHEZ was a match for the subject in the bus video. SANCHEZ was not wearing any of the same clothes in either video. There are no distinguishing marks visible. However, SANCHEZ has the same "cowlick" hairstyle feature at the back of his head which is visible on the suspect in the bus video.



*Still photo of SANCHEZ from SFPD body-worn camera ("BWC") footage*

19. I created a six-photo line-up using the Cal-photo mugshot search tool. I looked up SANCHEZ's mugshot and requested the system suggest similar photos. I selected five photos of similar looking individuals not related in the investigation and added them to a mugbook. I selected the randomize photos option and the system randomly arranged the photos into two rows of three and numbered them 1-6. I printed the six-photo array and each photo individually on separate sheets of paper.

20. On June 18, 2025, USPP Officer Ogarro and I arrived at V1's home to present him with the photo array. V1 had a visible dark scar on the bridge of his nose and stated he had been home on workers compensation since the assault. I had V1 look through each photo individually and then all six photos together. SANCHEZ's photo was in position 3 and a photo

7

of a man named Jose Correal-Duran was in position 1. V1 reviewed the line-up and definitively ruled out all subjects except 1 & 3. V1 stated that the two subjects looked alike.



*Copy of the photo array presented to V1; SANCHEZ is in position 3.*

21.     I asked V1 if he was leaning more towards one or the other. V1 pointed towards 1 but stated he really could not choose. I asked V1 from 1-100 how sure he felt. V1 said he was 75% sure it was either the man in photo 1 or 3.

## CONCLUSION

22.     Based on the facts described in this affidavit, there is probable cause to believe that on April 7, 2025, Marlon Alexander Sanchez committed the offense of assault within the special territorial and maritime jurisdiction of the United States by striking, beating, or

8

wounding, in violation of 18 U.S.C. § 113(a)(4).  Accordingly, I respectfully request that the Court issue a criminal complaint and warrant for his arrest.

      23.    I further request, in order to avoid Marlon Alexander Sanchez from destroying evidence, fleeing, or otherwise impeding my investigation prior to the execution of the arrest warrant, and for the safety of agents and officers, that this affidavit, and the corresponding complaint and arrest warrant, be filed under seal until execution of the arrest warrant, except that copies should be made available to the United States Attorney's Office, USPP, and other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, as necessary for use in investigation and prosecution.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

\_/s/ Rebeca Rodriguez_____
Rebeca Rodriguez
Criminal Investigator
United States Park Police

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on  January 13,  2026.  This application and warrant are to be filed under seal.

_____
HONORABLE SALLIE KIM
United States Magistrate Judge

9

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Marlon Alexander Sanchez<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Marlon Alexander Sanchez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached affidavit.

Date: 01/13/2026

*Issuing officer's signature*

City and state: San Francisco, California        HON. SALLIE KIM
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*